# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ANTHONY BROOKS, | No. 2:17-cv-0132 JAM AC P |
| Petitioner, | |
| v. | ORDER |
| ROBERT FOX, | |
| Respondent. | |

By order filed April 12, 2017, respondent was directed to respond to the portion of the petition challenging the execution of petitioner's sentence. ECF No. 7. Respondent has now filed a motion requesting that the petition be transferred to the District Court for the Northern District of California, where petitioner also has a petition pending challenging his underlying conviction. ECF No. 10. Although the portion of the petition that alleges improper computation and application of petitioner's good time credits is a challenge to the execution of his sentence and therefore generally more appropriate in this court, Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) ("The proper forum to challenge the execution of a sentence is the district where the prisoner is confined."), respondent argues that "[i]t is in the Northern District that all material events took place, that all pertinent records are currently located, and that all critical witnesses currently reside," ECF No. 10 at 2. In light of respondent's representation that the evidence needed to respond to the petition is more readily available in the Northern District, and the

1

apparent relatedness of the two cases, the request to transfer the petition will be granted.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

DATED: May 31, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE